# Order

Michigan Supreme Court
Lansing, Michigan

September 11, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161104

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

RYAN RICHARD RAPOZA,
            Defendant-Appellant.

SC: 161104
COA: 351897
Kalkaska CC: 18-004179-FH

_____/

On order of the Court, the application for leave to appeal the July 17, 2020 order of the Court of Appeals is considered. We DIRECT the Kalkaska County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. In particular, the prosecuting attorney shall address whether the trial court erroneously scored Offense Variable 19 at 15 points for the use of force to interfere with the administration of justice.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2020



s0909

Clerk